[Docket No. 27]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| DALMA S. EDWARDS,<br><br>            Plaintiff,<br><br>    v.<br><br>CHARLES E. SAMUELS, JR., ALLIA J. LEWIS, H. THOMPSON, CHARLESTON IWUAGWA, PRADIP PATEL, D. SCOTT DODRILL, HARRELL WATTS, JOHN DOE #1, JANE DOE #1,<br><br>            Defendants. | Civil No. 06-3758 (RMB)<br><br>**ORDER** |

THIS MATTER having come before the Court upon Defendants' partial motion to dismiss or, alternatively, for partial summary judgment; and the Court having considered the moving papers, and noting that no opposition was filed; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** that Defendant's motion is **GRANTED** in part as to Plaintiff's tort claim; and

IT IS FURTHER **ORDERED** that Defendant's motion is DENIED in part as to Plaintiff's Eighth Amendment claim alleging denial of medical care.

Dated: February 13, 2008         s/Renée Marie Bumb
                                 RENÉE MARIE BUMB
                                 UNITED STATES DISTRICT JUDGE